No. 77–5353. MINCEY v. ARIZONA. Sup. Ct. Ariz. [Certiorari granted, *ante*, p. 902.] Motion of petitioner for appointment of counsel granted, and it is ordered that Richard Oseran, Esquire, of Tucson, Ariz., be appointed to serve as counsel for petitioner.

No. 77–5629. HANCOCK v. UNITED STATES ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 77–5522. THERIAULT v. UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 77–334. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF BOSTON ET AL. v. TAX COMMISSION OF MASSACHUSETTS ET AL. Appeal from Sup. Jud. Ct. Mass. Probable jurisdiction noted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.